UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA JACKSON and MARTA MEDA,<br><br>*Plaintiffs*,<br><br>v.<br><br>NEW ENGLAND BIOLABS, INC.; PERSONAL REPRESENTATIVE OF DONALD COMB; JAMES V. ELLARD; RICHARD IRELAND; COMMITTEE OF NEW ENGLAND BIOLABS, INC. EMPLOYEES' STOCK OWNERSHIP PLAN,<br><br>*Defendants*,<br><br>and<br><br>NEW ENGLAND BIOLABS, INC. NON-VOTING STOCK OWNERSHIP PLAN,<br><br>*Nominal Defendant* | Civil Action No. 1:23-cv-12208-RGS<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

2

Plaintiffs Melissa Jackson and Marta Meda move the Court for an order under Rule 23 of the Federal Rules of Civil Procedure finally approving the Class Action Settlement Agreement between Plaintiffs and Defendants New England Biolabs, Inc., the Personal Representative of Donald Comb, James V. Ellard, Richard Ireland, and the Committee of New England Biolabs, Inc. Employees' Stock Ownership Plan.

## LOCAL RULE 7.1 CERTIFICATE

The undersigned counsel certifies that the moving party conferred with counsel of record for New England Biolabs, Inc., the Personal Representative of Donald Comb, James V. Ellard, Richard Ireland, and the Committee of the New England Biolabs, Inc. Employees' Stock Ownership Plan in good faith to resolve or narrow the issues raised by this motion. Defendants do not oppose the relief sought by this motion.

Date: July 25, 2025    Respectfully submitted,

_____
R. Joseph Barton (admitted *pro hac vice*)
THE BARTON FIRM LLP
1633 Connecticut Ave. NW, Suite 200
Washington, DC 20009
Tel: (202) 734-7046
Email: jbarton@bartondownes.com

Jonathan M. Feigenbaum, Esq.
B.B.O. No.546686
184 High Street
Suite 503
Boston, MA 02110
Tel. No.: (617) 357-9700
FAX No.: (617) 227-2843
jonathan@erisaattorneys.com

*Counsel for Plaintiffs Jackson and Meda and the Class*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing this day, July 25, 2025.

_____
Ming Siegel