UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA JACKSON and MARTA MEDA,<br><br>*Plaintiffs*,<br><br>v.<br><br>NEW ENGLAND BIOLABS, INC.;<br>PERSONAL REPRESENTATIVE OF<br>DONALD COMB; JAMES V. ELLARD;<br>RICHARD IRELAND; COMMITTEE OF<br>NEW ENGLAND BIOLABS, INC.<br>EMPLOYEES' STOCK OWNERSHIP PLAN,<br><br>*Defendants*,<br><br>and<br><br>NEW ENGLAND BIOLABS, INC. NON-<br>VOTING STOCK OWNERSHIP PLAN,<br><br>*Nominal Defendant* | Civil Action No. 1:23-cv-12208-RGS<br><br>**FINAL JUDGMENT** |

2

It is hereby ORDERED, ADJUDGED AND DECREED: For the reasons stated in the Court's Order Granting Final Approval of Class Action Settlement ("Final Approval Order") dated August 7, 2025 (Doc. No. 105), and as reflected in the Order of Dismissal (Doc. No. 106) the above entitled action is dismissed with prejudice.

1. Pursuant to Rule 23(a) and Rule 23(b)(1) and (b)(2), the members of the Class for purposes of this Judgment are the following:

> All participants in the New England BioLabs Non-Voting Stock Ownership Plan whose NEB stock in their Plan account was liquidated (in whole or in part) between September 29, 2017 and December 31, 2021 – including all participants to whom NEB shares were distributed in kind (i.e. in the form of physical share certificates) between September 29, 2017 and September 30, 2019 and which were subsequently repurchased by NEB or the Plan before December 31, 2020 – and the beneficiaries of such participants, except the Excluded Persons.
>
> "Excluded Persons" means the following persons who are excluded from the Class: (a) Defendants, (b) officers and directors of New England Biolabs, Inc., (c) any fiduciaries of the Plan at any time during September 2017 and December 30, 2021, (d) the beneficiaries of such persons or (e) the immediate family members of any of the foregoing, (f) any participant who previously settled claims alleged in the Amended Complaint, and (g) the legal representatives, successors, and assigns of any such excluded persons.

2. Without affecting the finality of this Judgment in any way, this Court expressly retains exclusive jurisdiction as to all matters relating to (a) implementation of the Class Action Settlement Agreement; (b) disposition of the Settlement Fund and distributions from the Settlement Fund; (c) enforcement and administration of the Class Action Settlement Agreement.

3. Final judgment is hereby entered pursuant to Rule 54 of the Federal Rules of Civil Procedure with each side to bear their own fees and costs, except as provided in the Memorandum and Order on Plaintiffs' Motion for Attorneys' Fees and Service Awards for Class Representatives (Doc. No. 104).

4

Dated: August 11, 2025

/s/ Timothy R. Maynard

Clerk of Court